### BRADLEY v. THE STATE.

HUTCHESON, Justice. 1. When considered with the counter-showing, the alleged newly discovered evidence was not such as would likely produce a different result upon another trial. The court did not err in refusing to grant a new trial upon the ground of newly discovered evidence.

2. There is no merit in the general grounds of the motion for new trial. *Judgment affirmed. All the Justices concur except Russell, C. J., and Atkinson, J., who dissent.*

No. 10427. MARCH 15, 1935.

*Robert McGinley, J. B. Wood,* and *James R. Venable,* for plaintiff in error.

*M. J. Yeomans, attorney-general, John A. Boykin, solicitor-general, J. W. LeCraw, B. D. Murphy, J. T. Goree, John H. Hudson,* and *E. J. Clower,* contra.